U.S. District Court

Eastern District of Louisiana
500 Poydras Street
C-151
New Orleans, LA 70130

**11-1807**

Civil

SECT. 1 MAG. 1

C.C. THOMAS
**Plaintiff**

v.

Kelly Services Employment Services

**Defendant**

**MOTION**

Your Honor,

Due to my change of state of residence to Florida, I respectfully request that this petition and filing be transferred from the State of Louisiana to the State of Florida.

Most Respectfully,

C. C. Thomas
**Plaintiff**

TENDERED FOR FILING

JUL 25 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk